**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 01-7566**

HERMAN K. SIMPSON,

Plaintiff - Appellant,

versus

G. K. BUTTERFIELD, JR.; RALPH A. WHITE; EDWARD
W. GRANNIS, JR.; GEORGE T. GRIFFIN; WILLIAM N.
FARRELL, JR.,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  James C. Fox, Senior
District Judge.  (CA-01-414-5-F)

Submitted:  March 25, 2002          Decided:  May 29, 2002

Before LUTTIG, TRAXLER, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Herman K. Simpson, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Herman K. Simpson appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2001) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Simpson v. Butterfield, No. CA-01-414-5-F (E.D.N.C. July 19, 2001). We deny Simpson's motion for a certificate of appealability and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED